IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Darius Kalnaitis, Voxser Inc., Andrius Paulauskas, and Amg USA Inc <br>     Plaintiff <br> v. <br> Graham Medical Supply LLC, Anthony Graham, Alex Rexo, REXOPAC LLC, Michael Tosuni <br>     Defendants | NO. 26-cv-177 |

**COMPLAINT FOR RELIEF**

Plaintiff Darius Kalnaitis, Voxser Inc., Andrius Paulauskas, and AMG USA Inc brings this complaint for fraud and breach of contract:

**PARTIES**

1. Plaintiffs Darius Kalnaitis is an Illinois resident who are domiciled in Illinois.

2. Plaintiff Andrius Paulauskas is a California resident who is domiciled in California.

3. Voxser Inc., and Amg USA Inc are Illinois Corporations whose principal place of business is in the state of Illinois.

4. Defendant Alex Rexo is domiciled in the State of New York.

5. Defendant Anthony Graham is a domiciled in Arizona.

6. Defendant Graham Medical Supply LLC is an Arizona Company with its principal place of business in Arizona.

1

7. Defendant REXOPAC LLC is a New York Corporation domiciled in the state of New York

8. Defendant Michael Tosuni is domiciled in the State of New York.

## JURISDICTION

Pursuant to 28 U.S. Code § 1332 The district has original jurisdiction of these civil actions because the controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

## COUNT 1: BREACH OF CONTRACT

9. On or about 1/9/2024 Plaintiffs entered into a contract with Defendants. See Exhibit 1.

10. Plaintiffs were promised by Defendants that they would receive monies in excess of $300,000.00 in return for his investment within 10 days after wiring the money to the Bailey Law Firm as paymaster.

11. The Defendants were going to use Plaintiff's money to help secure a bigger loan in the amount of $500,000,000.00

12. On or about 1/9/2024 Plaintiffs performed their part of the contract and wired $150,000.00 to the Bailey Law Firm as paymaster pursuant to the instructions provided to Plaintiffs by Defendants.

13. Defendants breached this agreement and have failed to return Plaintiff's moneys or pay his profits.

14. Plaintiffs have made numerous demands for the money to be returned to Defendants via text message and other communications.

2

15. Defendants kept promising to provide monies to Plaintiffs but to this date have not provided any monies to Plaintiff.

16. Defendants have refused to return the money or pay the profits.

17. Plaintiffs have been damaged by this in the amount of the expected profits of $300,000.00. and the actual loss of $150,000,00.00

Wherefore, the Plaintiff requests that a judgment be entered against the Defendant's in the amount of $300,000.00 within interest, costs, and any other relief the court sees fit.

## COUNT II: FRAUD

18. On or about 1/9/2024 Plaintiffs were promised by Defendants that they would receive monies in excess of $300,000.00 in return for their investment of $150,000.

19. Upon information and belief Defendants created a scheme to defraud using channels of interstate commerce, to wit, wire system, electronic emails, and cellular phones.

20. Upon information and belief the Defendants knew that these promises were false and that this was a scheme to defraud.

21. Upon information and belief Defendants created a scheme to defraud using channels of interstate commerce, to wit, wire system, electronic emails, and cellular phones.

22. The Defendants created a false scheme where they promised they were going to use Plaintiff's money to help secure a bigger loan in the amount of

3

$500,000,000.00.

23. The promises of Defendants were designed as part of scheme to induce the Plaintiffs to invest with the Defendants so as for them to convert his monies.

24. The alleged agreement was meaningless from the beginning and just a vehicle for the fraud. Defendants had no intent on honoring the agreement and Defendant's would just keep the money.

25. On or about 1/9/2024 Plaintiff wired $150,000.00 to Bailey Law Firm pursuant to the Defendant's instructions

26. Plaintiff has made numerous demands for the money to be returned.

27. Defendants have refused to return the money or pay the profits.

28. Plaintiff has been damaged by this in the amount of $150,000.00 and the use of this money, including loss of interest.

Wherefore, the Plaintiff requests that a judgment be entered against the Defendant's in the amount of $300,000.00 within interest, costs, and any other relief the court sees fit.

************************JURY DEMAND************************************

Plaintiffs demand a 12-person jury on all counts so triable

By:

/S/ Ilia Usharovich
Ilia Usharovich, Attorney,
224 S. Milwaukee Avenue Suite E
Wheeling, Illinois 60090
Telephone: (847)-264-0435
Fax: (224)-223-8079
Email:ilia@usharolaw.com

4